427 A.2d 250

## Commonwealth v. Mann, Appellant.

Submitted December 6, 1979.   Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

427 A.2d 251

## Commonwealth v. McGovern, Appellant.

Submitted September 13, 1979.   Ronald M. Lucas, Assistant Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.